# EXHIBIT A



bronxx_babyyy 12h
Imma throw on a strap and really scare you quit playing .
Reply
♡ 3

bronxx_babyyy 12h
▮▮▮▮ . don't piss me off today. Please.
Reply
♡ 2

therika7373737 13h
what if ▮▮▮▮ was secretly trans and she was tryna maintain a monopoly on whos in the bathroom so she can be the only guy in the womens bathroom.
Reply
♡

—— View 1 more reply



ch or ask Meta AI
▮▮▮▮ ,you MIGHT be getting jumped
jscott.704
lets jump ▮▮▮▮ 321 go
fabiiifss



glorplessgleep 1h
▮▮▮▮ is getting fucking jumped when she goes to school tomorrow
Reply
♡ 1

rawesttliv 1h



Case 1:26-cv-00752-TDS-JGM     Document 5-1     Filed 07/31/26     Page 3 of 5



