# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### GREENSBORO DIVISION

| | |
|---|---|
| MARY DOE, by and through her mother and next friend, JANE DOE; BETH ROE, by and through her mother and next friend, ALICE ROE; DIANE POE, by and through her mother and next friend, CAROL POE, <br><br> *Plaintiffs*, <br><br> v. <br><br> CABARRUS COUNTY BOARD OF EDUCATION; and DR. JOHN KOPICKI, in his official capacity as superintendent of Cabarrus County Schools, <br><br> *Defendants*. | Civil Case No. 1:26-cv-00752 |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS

Plaintiffs' Motion for Leave to Proceed Under Pseudonyms is hereby GRANTED for good cause shown, and it is hereby ORDERED:

1. Plaintiffs are permitted to bring this action under the pseudonyms Mary Doe, Beth Roe, and Diane Poe.

2. In all publicly filed documents, Plaintiffs shall be identified only by their pseudonyms.

3. In all publicly filed documents, Plaintiffs' next friends shall be identified only as Jane Doe, Alice Roe, and Carol Poe; and

4. All documents filed with this Court that contain the actual names of Plaintiffs or non-parties Jane Doe, Alice Roe, and Carol Poe or contain information that identifies them, directly or indirectly, shall be redacted or filed under seal.

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

Dated July \_\_\_\_\_, 2026.

2