# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## GREENSBORO DIVISION

|  |  |
|---|---|
| MARY DOE, by and through her mother and next friend, JANE DOE; BETH ROE, by and through her mother and next friend, ALICE ROE; DIANE POE, by and through her mother and next friend, CAROL POE,<br><br>     *Plaintiffs*,<br><br>v.<br><br>CABARRUS COUNTY BOARD OF EDUCATION; and DR. JOHN KOPICKI, in his official capacity as Superintendent of Cabarrus County Schools,<br><br>     *Defendants*. | Case No. 1:26-cv-00752-TDS-JGM<br><br>**HEARING REQUESTED** |

## <u>PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION</u>

Plaintiffs Mary Doe, Beth Roe, and Diane Poe, each a minor appearing by and through her mother and next friend, Jane Doe, Alice Roe, and Carol Poe, respectively, by and through their undersigned counsel, respectfully move this Court for a preliminary injunction. *See* Fed. R. Civ. P. 65(a). Throughout the 2024–2025 and 2025–2026 school years, Plaintiffs repeatedly encountered biological males in their school restrooms, locker rooms, and changing areas. These encounters caused them distress, discomfort, and a loss of privacy and

dignity. It also placed them in situations that contradict their sincerely held religious convictions regarding privacy, modesty, and bodily dignity. When Plaintiffs and their parents raised their concerns to school administrators, Defendants refused to take corrective action, instead placing the burden on Plaintiffs to find alternative facilities while continuing to permit biological males to use intimate spaces designated for females.

Accordingly, Plaintiffs ask this Court for a preliminary injunction that enjoins Defendants from permitting students to use locker rooms, changing areas, showers, bathrooms, and other similar intimate facilities designated for the opposite biological sex at Cox Mill High School, thereby restoring and maintaining sex-segregated facilities. Plaintiffs further seek an injunction prohibiting Defendants from conditioning Plaintiffs' access to sex-segregated facilities on their segregating themselves from their classmates or teammates, excluding themselves from team or class activities, traveling to distant or inferior facilities, or otherwise bearing any other burden not imposed on students generally.

Plaintiffs are entitled to preliminary relief. Defendants' policy and practice are likely a Title IX violation. By permitting biological males to use female-designated restrooms, locker rooms, and changing areas, Defendants have excluded Plaintiffs from participation in, denied them the benefits of, and

2

subjected them to discrimination under Defendants' education programs and activities. By doing so, Defendants discriminate against Plaintiffs on the basis of sex in violation of Title IX. Furthermore, the application of these policies and practices is likely unconstitutional because it discriminates against Plaintiffs on the basis of sex. A deprivation of constitutional rights is a classic irreparable harm. Plaintiffs do not want to use the bathroom or change clothes in the presence of biological males, and they do not want to be treated differently as a condition of preserving their privacy and dignity at school. Because Plaintiffs are likely to prevail on the merits of their Title IX and Fourteenth Amendment claims and North Carolina constitutional claim, the equities and public interest necessarily favor an injunction. For all these reasons, which are detailed in the accompanying memorandum, the Court should grant this motion and enter a preliminary injunction.

Dated: August 10, 2026

Rachael Wyrick*
Julius Kairey*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, Virginia 22209
Phone: (703) 243-9423
rachael@consovoymccarthy.com
julius@consovoymccarthy.com

Respectfully submitted,

*/s/ Laura Stell*
Laura Stell (NC Bar No. 59840)
Ian D. Prior*
Crystal Clanton*
Rachael Griffin*
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231
Washington, DC 20003
Phone: (202) 964-3721
laura.stell@aflegal.org
ian.prior@aflegal.org
crystal.clanton@aflegal.org
rachael.griffin@aflegal.org

*Counsel for Plaintiffs*

*Appearing by special appearance
pursuant to L.R. 83.1(d)

4

# CERTIFICATE OF SERVICE

I certify that on August 10, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. A copy of the foregoing will be sent to Defendants via electronic mail.

*/s/ Laura Stell*
Counsel for Plaintiffs