# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### Greensboro Division

MARY DOE, by and through her mother and next friend, JANE DOE; BETH ROE, by and through her mother and next friend, ALICE ROE; DIANE POE, by and through her mother and next friend, CAROL POE,

*Plaintiffs*,

v.

CABARRUS COUNTY BOARD OF EDUCATION; and DR. JOHN KOPICKI, in his official capacity as Superintendent of Cabarrus County Schools,

*Defendants*.

Civil Case No. 1:26-cv-00752

## <u>DECLARATION OF CAROL POE</u>

I, Carol Poe, declare as follows:

1.    I am over the age of eighteen and under no mental disability or impairment. I have personal knowledge of the following facts, and if called to testify as a witness, would completely testify to them.

2.    I live within the boundaries of the school district known as Cabarrus County Schools.

3.    I am the mother of Diane Poe.

4. Diane is seventeen years old and currently enrolled at Cox Mill High School in Concord, North Carolina.

5. Diane is a practicing Christian who regularly attends church and strives to live in accordance with her faith.

6. Her sincerely held Christian faith informs her understanding of modesty, privacy, and bodily dignity, and she believes that maintaining privacy from biological males in intimate settings is an important part of living out those beliefs.

7. Diane Poe participated in an all-female sports team throughout the 2024–2025 school year and planned to continue with that same team in the 2025–2026 school year.

8. In the summer of 2025, Diane Poe attended a workout session for the team, which was a precursor to the team's tryouts.

9. A biological male was permitted to attend and participate in the workout session.

10. The biological male's presence at the workout session caused Diane Poe significant discomfort.

11. Diane does not want to share the female locker room with a biological male. She does not want to undress or change clothes in the presence

2

of a biological male. Diane does not want to share female restrooms with biological males because it makes her feel uncomfortable and vulnerable.

12. Because of the biological male's presence at the workout session, the school's acceptance and allowance of that presence, and the likelihood of having to share intimate spaces with him and undress in his presence, Diane decided not to try out for the 2025–2026 team.

13. In the fall of 2025, Diane's former sports coach told the sports team that any team member who disagreed with allowing transgender-identifying individuals to participate on the team should quit. Diane was told this directly by her former teammates, who were still on the team.

14. In the 2025–2026 school year, Diane Poe was enrolled in a physical education course that required students to wear athletic clothing. The girls' locker room was available to female students enrolled in the course so that they could change clothes at school.

15. In the spring of 2026, while changing for class, Diane Poe encountered a biological male—on a nearly daily basis—in the female locker room and changing areas designated for female members of her physical education class and other girls' sports teams. Diane Poe felt extremely uncomfortable and vulnerable undressing in the presence of a biological male.

3

16. On multiple occasions during the spring of 2026, to avoid undressing in front of a biological male, Diane wore athletic clothes to school so that she would not need to use the locker room to change clothes for her class.

17. In the 2025–2026 school year, Diane Poe encountered a biological male in the female restroom. The encounter left Diane Poe feeling uncomfortable, vulnerable, and anxious.

18. Throughout the 2025–2026 school year, Diane Poe considered raising her concerns with her teachers, coaches, and school administrators.

19. Diane Poe worried that expressing disagreement with the policy allowing biological males to change clothes in female-designated facilities would result in retaliation by the school administration. She even worried that she would be penalized for expressing disagreement.

20. Because of the coach's comments and the discomfort and loss of privacy Diane Poe experienced in the female locker room, Diane Poe decided not to try out for that team for the 2026-2027 school year.

21. As a result of Defendants' policy and the coach's comments, Diane Poe does not believe she can continue participating in sports at school without compromising her modesty and enduring deep feelings of anxiety, vulnerability, and discomfort. If not for the policy allowing biological males in

4

female intimate spaces, Diane Poe would continue participating in sports at school.

22. Diane Poe will continue to face these harms during the upcoming school year so long as Defendants' policy remains in effect.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on August 9, 2026.            [Signature on file with Plaintiffs' counsel]

6