# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### Greensboro Division

| | |
|---|---|
| MARY DOE, by and through her mother and next friend, JANE DOE; BETH ROE, by and through her mother and next friend, ALICE ROE; DIANE POE, by and through her mother and next friend, CAROL POE,<br><br>  *Plaintiffs*,<br><br>v.<br><br>CABARRUS COUNTY BOARD OF EDUCATION; and DR. JOHN KOPICKI, in his official capacity as Superintendent of Cabarrus County Schools,<br><br>  *Defendants*. | Civil Case No. 1:26-cv-00752 |

## <u>DECLARATION OF JANE DOE</u>

I, Jane Doe, declare as follows:

1. I am over the age of eighteen and under no mental disability or impairment. I have personal knowledge of the following facts, and if called to testify as a witness, would completely testify to them.

2. I live within the boundaries of the school district known as Cabarrus County Schools.

3. I am the mother of Mary Doe.

4. Mary Doe is seventeen years old and currently enrolled at Cox Mill High School in Concord, North Carolina.

5. Mary Doe is a practicing Christian who regularly attends church and strives to live in accordance with her faith.

6. Her sincerely held Christian faith informs her understanding of modesty, privacy, and bodily dignity, and she believes that maintaining privacy from biological males in intimate settings is an important part of living out those beliefs.

7. Around October 1, 2025, Mary Doe learned that a biological male was accessing female-designated restrooms, locker rooms, and changing areas at Cox Mill High School, and she was distressed by that fact.

8. On November 19, 2025, I emailed Dr. Kopicki to report that Mary Doe was distressed by the school's policy permitting biological males to access female-designated intimate facilities, including restrooms, locker rooms, and changing areas.

9. Neither Dr. Kopicki nor any other school official responded to my email.

10. On or about December 1, 2025, my daughter encountered a biological male using the female restroom at Cox Mill High School. That

2

encounter made her feel uncomfortable, vulnerable, and anxious about encountering a biological male in the female restroom in the future.

11. That same day, Mary Doe spoke with Brad Hinson, the Athletic Director, and explained that she was extremely uncomfortable being required to share female-designated intimate facilities with biological males.

12. Mr. Hinson told Mary that other female students had raised similar concerns but said that the matter would have to be addressed by the school's principal.

13. On or about December 1, 2025, Mary met with Principal Christopher Myers, the principal of Cox Mill High School at the time, to express her concerns about biological males being permitted to use female-designated restrooms and other intimate facilities.

14. During that meeting, Principal Myers offered to provide my daughter with a staff restroom key so that she could use a separate restroom rather than the female student restroom. The principal stated that other students had come to him with similar concerns.

15. Mary did not use the staff restrooms as suggested by Mr. Myers. The staff restrooms are not conveniently located. Female student restrooms are located on both the upper and lower floors of the school building, but there are no staff restrooms on the lower floor. The staff restrooms located on the

3

upper floor were far from Mary's classrooms. In addition, using restrooms designated for adult staff instead of the female student restrooms would have singled Mary out from her peers and caused her embarrassment.

16. To Mary Doe's knowledge, Principal Myers did not offer a biological male student the use of a staff restroom key so that student could use a separate restroom rather than the female-designated student restroom.

17. Mary encountered a biological male in the restroom on at least two additional occasions before the end of the 2025–2026 school year. Each of those encounters caused her distress and discomfort, with concerns for her bodily privacy and safety due to being in an intimate space with a member of the opposite sex.

18. As a result of these encounters and Cox Mill High School's refusal to prevent biological males from accessing female-designated restrooms, Mary stopped using the restrooms at school whenever possible to avoid being in intimate spaces with a member of the opposite sex.

19. Avoiding the school restrooms has caused my daughter physical discomfort and poses a risk to her health and well-being.

20. These experiences have also impaired her sense of personal dignity and privacy at school.

4

21. On June 11, 2026, Mary Doe and I met with Dr. Meghan Frazier, the new principal of Cox Mill High School, to discuss Mary's experiences and concerns and a plan for the upcoming school year.

22. During that meeting, Dr. Frazier proposed a plan under which Mary Doe would use staff restrooms rather than the female student restrooms. Dr. Frazier indicated that if using the staff restrooms resulted in Mary being late to class, her tardiness would be excused.

23. I asked Dr. Frazier why female students who objected to sharing intimate facilities with biological males were expected to use separate restrooms while biological males continued to be permitted to use female-designated restrooms.

24. Dr. Frazier responded that the school's policy is required by law.

25. Based on that response, I understood that school officials would not consider our request for sex-separated facilities because school officials believe they are required to allow biological males who identify as transgender to use the female restroom.

26. Requiring my daughter to use an alternate facility rather than allowing her to use the facility designated for girls, while at the same time allowing a biological male to use the facility designated for girls, has caused her to feel excluded and treated differently.

5

27. The school has refused to provide any meaningful way for my daughter to maintain her bodily privacy and avoid sharing intimate facilities with biological males without sacrificing her equal access to school facilities.

28. Mary's encounters with biological males in school restrooms designated for females have caused significant distress and discomfort because her privacy and dignity were compromised. She feels vulnerable and unsafe using the bathroom with a biological male present. At the same time, she does not want to feel ostracized or excluded simply because she wants to maintain her bodily privacy, nor does she want to be late to class by having to use a distant staff restroom.

29. Mary Doe will continue to face these harms during the upcoming school year so long as Defendants' policy remains in effect.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on August 9, 2026.          [Signature on file with Plaintiffs' counsel]