## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## GREENSBORO DIVISION

| | |
|---|---|
| MARY DOE, by and through her mother and next friend, JANE DOE; BETH ROE, by and through her mother and next friend, ALICE ROE; DIANE POE, by and through her mother and next friend, CAROL POE, <br><br> *Plaintiffs*, <br><br> v. <br><br> CABARRUS COUNTY BOARD OF EDUCATION; and DR. JOHN KOPICKI, in his official capacity as superintendent of Cabarrus County Schools, <br><br> *Defendants*. | Case No. 1:26-cv-00752-TDS-JGM |

## [PROPOSED] ORDER GRANTING MOTION
## FOR PRELIMINARY INJUNCTION

Before the Court is Plaintiffs' motion for a preliminary injunction, filed August 10, 2026. Having considered the motion opposition, case file, and applicable law,

IT IS ORDERED that Plaintiffs' motion is GRANTED.

IT IS FURTHER ORDERED that, during the pendency of this action, Defendants shall be enjoined from permitting students to use locker rooms, changing areas, showers, bathrooms, and other similar intimate facilities

1

designated for the opposite biological sex at Cox Mill High School, thereby restoring and maintaining sex-segregated facilities.

IT IS FURTHER ORDERED that, during the pendency of this action, Defendants are enjoined from conditioning Plaintiffs' access to sex-segregated facilities on their segregating themselves from their classmates or teammates, excluding themselves from team or class activities, traveling to distant or inferior facilities, or otherwise bearing any other burden not imposed on students generally.

IT IS SO ORDERED.

_____
Hon. Thomas D. Schroeder
UNITED STATES DISTRICT JUDGE

Dated August _____, 2026.

2