**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

**Case No. 1:26-cv-00752**

| | | |
|---|---|---|
| **MARY DOE, by and through her mother and next friend, JANE DOE, BETH ROE, by and through her mother and next friend, ALICE ROE, DIANE POE, by and through her mother and next friend CAROL POE,** | ) | |
| **Plaintiffs,** | ) | **AFFIDAVIT OF MEGHAN FRAZIER** |
| **v.** | ) | |
| **CABARRUS COUNTY BOARD OF EDUCATION and DR. JOHN KOPICKI, in his official capacity as Superintendent of Cabarrus County Schools,** | ) | |
| **Defendants.** | ) | |

Meghan Frazier, being first duly sworn, deposes and says:

1. I am over eighteen years old, competent to testify, and make this Affidavit from my personal knowledge.

2. I have served as principal of Cox Mill High School since January 2026. Before that appointment, I served as an assistant principal for approximately ten years and as a high school English teacher for approximately eleven years.

3. Cox Mill High School enrolls more than 1,800 students and employs more than 150 staff members. As principal, I am responsible for school safety, administration, supervision, and responding to student and parent concerns.

4. I have reviewed the allegations in Plaintiffs' First Amended Complaint concerning events at Cox Mill High School. I understand that the pseudonyms Mary Doe, Beth Roe, and Diane Poe identify current Cox Mill students.

5. Cabarrus County Schools did not provide me with a written district policy governing transgender students' access to restrooms, locker rooms, or changing facilities. In addressing individual circumstances, I follow district guidance and applicable law.

6. Cox Mill High School has at least eight student restrooms designated for females and eight student restrooms designated for males throughout the two floors of the school building. There is also a bathroom designated for females and a bathroom designated for males in two mobile units on campus.

7. Every female student restroom contains individual toilet stalls with doors.

8. The athletic area has two sets of locker rooms, with one female and one male locker room in each set. One set is reserved for in-season athletes and is not used by physical education students during the school day. The female and male locker rooms used by physical education students each contain a bathroom that students may use for additional privacy while changing. Students may obtain that additional privacy within the locker room and are not required to leave the athletic area or use a separate facility.

9. There are also sex-separated dressing rooms for performing arts programs, and each dressing room includes a bathroom with an individual toilet stall with doors.

10. The school also has at least 13 staff restrooms, which includes individual male and female restrooms near student bathrooms on each hallways. Multiple restrooms throughout the school building are single-use restrooms.

11. If a student asks for a more private restroom or changing location, the administration can work with the student to identify an available location appropriate to the student's schedule and needs.

<u>Mary Doe</u>

12. In May 2026, I met with Mary Doe concerning social media activity directed at Mary Doe.

13. Following the May meeting, Mary received safety measures related to the social media concerns, including permission to leave class five minutes early, to have another student accompany her when leaving class, and to park in an employee parking lot.

14. I met with Mary and her mother on June 11, 2026, after Mary made public statements concerning transgender students' access to school facilities and related concerns. An assistant principal also attended the meeting. I asked Mary about the matters she had discussed publicly and whether she needed the existing school safety measures to continue. Mary stated she would wait to see how the upcoming school year went.

15. I specifically asked Mary about her public statement that students had been threatened by a coach or staff member. Mary explained that two former Cox Mill students had told her that coaches of a specific sports team said the student athletes would have to deal with the transgender student and that, if they had a problem, they did not need to be on the team. When asked, Mary could not remember one of the former students' names who allegedly shared that information.

16. During the meeting, Mary's mother asked how the school would respond if a student reported discomfort about a transgender student's access to a restroom. I explained that the school would follow district guidance and applicable law and would work with the student regarding available options. I said that a plan could include use of a staff restroom and that a locker room concern would be handled in the same manner.

17. After the meeting, I emailed Mary and her mother a summary of our discussion and asked them to correct anything I had misunderstood or omitted. *See* June 11, 2026 email, attached as Exhibit A. In that email, I asked whether Mary had personally encountered a transgender student in a restroom once and whether the other incidents she had described were concerns relayed to her by friends.

18. Mary's mother responded that Mary had encountered the transgender student several times in a restroom. She also clarified that Mary had heard from students who were uncomfortable dressing and undressing in a locker room with the student and believed that they could not raise concerns because they had been threatened.

19. Mary also relayed concerns that she attributed to other students. I encouraged Mary and her mother to bring concerns to me and encouraged Mary to tell her friends that they could speak with me directly so that the school could respond to their specific concerns.

20. I did not tell Mary that she was required to use a staff restroom. I explained that the school followed district guidance concerning transgender students' restroom access and that the guidance was based on Fourth Circuit law.

21. After Mary publicly reported that coaches had told students to quit if they disagreed with a transgender student's participation in athletics, I asked the athletic director about the allegation and personally interviewed the coaches of the identified sports team. Neither the athletic director nor the coaches substantiated the alleged statement. Mary did not identify a current student who had personally received that instruction from a coach; the information she provided concerned students who had graduated.

<u>Beth Roe</u>

22. During my June meeting with Mary Doe and her mother, Mary identified Beth Roe as the student who allegedly had reported a restroom or locker room concern to the former principal and athletic director in spring 2025.

23. On July 6, 2026, I sent Beth and her parents a ParentSquare message asking whether they would meet with me to discuss what had occurred so that the current administrative team could be responsive. The records available to me showed that Beth and her mother read the message. *See* ParentSquare messages, attached as Exhibit B.

24. After receiving no response, I followed up by email on July 8, 2026. *See* July 8, 2026 email, attached as Exhibit C. I again invited Beth and her parents to meet and offered multiple dates. I received no response before this lawsuit was filed.

25. I have not been contacted by Beth Roe or her parents regarding any concerns about a transgender student's access to or use of a school restroom, locker room, changing area, or other school facility.

<u>Diane Poe</u>

26. I have not been contacted by Diane Poe or her parents regarding any concerns about a transgender student's access to or use of a school restroom, locker room, changing area, or other school facility.

27. The school's locker rooms contain individual toilet stalls and shower areas. Students may use a stall or shower area for additional privacy while changing; they are not required to change in a separate facility.

28. Since the start of the 2026-2027 school year, I have not received any reports or complaints about transgender students' access to school facilities.

29. Cox Mill High School can make single-user and staff restrooms available to any student who needs additional privacy, including a student with a health condition or other personal need. These restrooms are optional privacy alternatives; a student is not required to use one merely because the student expresses discomfort about another student's use of a school restroom or changing area.

30. Cox Mill administrators remain available to address a student's specific circumstances when requested.

This the 10 day of September, 2026.

Meghan Frazier

STATE OF NORTH CAROLINA
COUNTY OF CABARRUS

Signed and sworn to (or affirmed) before me by Meghan Frazier.

Date: 9/10/2026

[Official Signature of Notary]

BRIANNE M. DOERGER
NOTARY PUBLIC
Cabarrus County
North Carolina
My Commission Expires March 14, 2029

Brianne Doerger, Notary Public
[Notary's printed or typed name]

My commission expires: 3/14/2029

**Exhibit A**

**From:** Meghan Frazier <Meghan.Frazier@Cabarrus.k12.nc.us>
**Sent:** Thursday, June 11, 2026 7:58 PM
**To:** Gordon Palmer <Gordon.Palmer@Cabarrus.k12.nc.us>; John LeGrand <John.LeGrand@Cabarrus.k12.nc.us>
**Subject:** Fw: New message from [redacted] in Cox Mill High School

See below.



The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender.

---

**From:** Meghan Frazier <Meghan.Frazier@Cabarrus.k12.nc.us>
**Sent:** Thursday, June 11, 2026 6:48 PM
**To:** [redacted]
**Subject:** Re: New message from [redacted] in Cox Mill High School

Ms. [redacted]
Thank you for clarifying that for me. Please let me know if there is anything else.

I appreciate you,
Meghan

Dr. Meghan Frazier
Principal
Cox Mill High School

---

**From:** [redacted]
**Sent:** Thursday, June 11, 2026 6:33:47 PM
**To:** Meghan Frazier <Meghan.Frazier@Cabarrus.k12.nc.us>
**Subject:** Re: New message from [redacted] in Cox Mill High School

**Cabarrus County Schools - CAUTION:**

**This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe!**

Reading this briefly. [redacted] never said just one incident with the transgender in the bathroom she has encountered him several times in the bathroom. She stated that [redacted] had came to her in Ms [redacted] class bc they were talking about how uncomfortable they felt about dressing and undressing in the locker room with the biological male. She stated that the [redacted] could not say anything bc they jad been threatened.

[redacted]

On Thu, Jun 11, 2026 at 6:24 PM Meghan Frazier <Meghan.Frazier@cabarrus.k12.nc.us> wrote:

> Ms. [redacted],
> Good afternoon. Thank you again for coming in to talk to me this afternoon. I know coming back to the school building during the summer is not what you likely wanted to do, but I do appreciate all of us being able to sit down and discuss the concerns you've brought to not just me but [redacted]. I always like to send a follow up email to summarize what we discussed. This not only helps to document our conversation, it gives you an opportunity to add anything I may have missed.

- I started off the meeting with a question regarding [redacted] comment at the [redacted] where she stated students had been threatened by a coach or staff member. [redacted] explained that two former CMHS [redacted] told her about the varsity [redacted] coach(es) saying the [redacted] had deal with him, and if they had a problem, then they didn't need to be on the team (paraphrase).
- Ms. [redacted] questioned why a [redacted] who identifies as female can use the female bathroom/locker room; however, the team had to compete [redacted]
- [redacted] shared that she has been called a [redacted] via comments made on social media.
- She stated that a male student [redacted] walked by her in the upper commons and stated [redacted] and a female student walked by and stated, [redacted]
- [redacted] read a comment written by a former student [redacted] that described the "entitlement" [redacted] apparently has due to the safety measures put into place by Dr. Frazier (leaving class 5 minutes early to transition with little to no students in the hall; allowing another student to accompany her when leaving the classroom; parking in the side staff parking lot)
    - Dr. Frazier stated that she would put safety measures in place for any student who came to her with a concern about their safety.

- Dr. Frazier asked about comments [redacted] made in the [redacted] where she mentioned a friend went to the AD and principal with a concern about the transgender student in the women's bathroom/locker room. Dr. Frazier asked if [redacted] was comfortable stating who that student was and if she would share more information about that particular incident.

    - [redacted] stated the students name [redacted] and that the student is/was on the [redacted] team

    - This incident happened in the spring of 2025

    - The student went to Mr. Hinson, the AD, with the concern, and he allegedly told the student to talk to the principal about the concern

    - The student went to Mr. Myers, the principal, with the concern, and he allegedly told the student that it was "too political"

- [redacted] also stated that some [redacted] players told her they saw the transgender student watching them dress in the bathroom and friends on the [redacted] team told her they are uncomfortable changing due to the level of undressing that is

required for [redacted] uniforms/apparel.

- Ms. [redacted] had questions for Dr. Frazier regarding this issue:
    - She questioned the documentation of reports of concerns brought to us. Dr. Frazier explained that she has the emails sent to her from Ms. [redacted] with screenshots of comments on social media; Dr. Frazier stated she provided a follow up email to Ms. [redacted] after meeting with [redacted] and putting safety measures in place; notes taken by administration while investigating comments made on social media from CMHS students; communicating with [redacted] at [redacted] and [redacted] at [redacted] regarding their own students who made comments on social media; I shared that we started an investigation as soon as [redacted] shared a picture with Dr. Frazier of derogatory graffiti written on a bathroom wall as well as the fact that we had a custodian clean it off immediately upon [redacted] reporting it; Dr. Frazier shared the process of the investigation but also stated that this type of incident (graffiti) can be difficult to determine who did it due to the number of students going in and out of the bathrooms.
        - Ms. [redacted] stated she is pressing charges due to the cyber bullying
    - Ms. [redacted] asked about our cyber bullying policy, and Dr. Frazier stated we follow the CCS board policy on cyber bullying and we have those policies/procedures noted in our student code of conduct, which is linked on the school website.
    - Ms. [redacted] asked about the CMHS policy on transgenders in the bathroom; Dr. Frazier stated we follow county guidance on this, which is rooted in the 4th Circuit decision (added in follow up email — not mentioned in meeting).
    - Ms. [redacted] asked about accommodations for students who do not feel comfortable using the bathrooms if transgender students are also allowed to use the bathroom; Dr. Frazier stated that students can come to admin, mainly Dr. Frazier, and we will come up with a plan, which could include using a staff restroom.
    - Ms. [redacted] asked about accommodation for students who do not feel comfortable using the locker rooms if transgender students are also allowed to use the locker room; Dr. Frazier stated that we would handle this the same way we handle the bathroom (see above).

    - Ms. [redacted] asked about teachers/staff members who threaten students; Dr. Frazier stated this would be a code of conduct/personnel matter, and we would conduct an investigation along with HR.

- Ms. [redacted] shared her concerns about SRO Officer Clark and how he said he "couldn't talk to minors".

- I stated that I encourage [redacted] and Ms. [redacted] to always come to me with any concern as I cannot help if I don't know what is going on. I also encouraged [redacted] to share with her friends they can come to me with concerns.

- I also shared that while I am here to listen and my first priority is to keep students and staff safe, I may not always have the answer they want.

To clarify, [redacted], you had one incident where you encountered a transgender in the bathroom, correct? Was that when you were in Ms. [redacted] class? The other incidents you refer to are friends who have come to you with their own experiences/concerns?

Please note that I am going off of memory and Ms. Reynolds' notes, so I may have left something off. If I have left something out or I have the wrong interpretation of what was said, please let me or Ms. Reynolds know. Also, please excuse any spelling/grammar errors — it's been a long week.

Thank you again, and I am looking forward to an exciting senior year for [redacted]!

Dr. Meghan Frazier

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender.

---

**From:** Meghan Frazier <Meghan.Frazier@Cabarrus.k12.nc.us>
**Sent:** Wednesday, June 10, 2026 3:19 PM
**To:**

7b22757365725f6964223a33303832303734342c22636861745f6d6573736167655f6964223a313335303330323438387d5f31373831373230373835@inbound.parentsquare.com
<7b22757365725f6964223a33303832303734342c22636861745f6d6573736167655f6964223a313335303330323438387d5f31373831373230373835@inbound.parentsquare.com>
**Cc:** [redacted]
**Subject:** Re: New message from [redacted] in Cox Mill High School

Perfect. I just sent you a calendar invite for tomorrow at 12:30 pm. We can meet here at Cox Mill.

Thank you again for agreeing to sit down with me.

Have a good rest of your day.

Meghan



The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender.

---

**From:** [redacted] via ParentSquare <pleasereply+chat_thread-343255203@parentsquare.com>
**Sent:** Wednesday, June 10, 2026 2:26 PM
**To:** Meghan Frazier <Meghan.Frazier@Cabarrus.k12.nc.us>
**Subject:** New message from [redacted] in Cox Mill High School

[redacted] replied to your conversation.

Yes 1230 will be fine…
[redacted]

*Message sent on Wednesday, Jun 10 at 2:26 PM to Meghan Frazier*

[redacted]

*Parent of* [redacted] *(12th Grade),* [redacted]

# Exhibit B

Mon, Jul 6

MF Meghan Frazier

[redacted] and family,

Good afternoon. I hope your summer is going well! I am reaching out because it was shared with me that you went to our AD and former principal with a concern about the bathroom/locker room back in the Spring of 2025. Would you, along with your parents, be willing to come in to discuss what transpired during that time? I'd like to be proactive and make sure our admin team, to include our AD, is responsive to all concerns brought to them.

I am available all day this Wednesday as well as in the morning on Thursday. I am also available next week -- Monday morning and all day Tuesday and Thursday.

Thank you in advance. I look forward to hearing from you.

Dr. Meghan Frazier

1:56 PM

Read

[redacted]

*Student (12th Grade)*

# Exhibit B

Mon, Jul 6

MF Meghan Frazier

[redacted] and family,

Good afternoon. I hope your summer is going well! I am reaching out because it was shared with me that you went to our AD and former principal with a concern about the bathroom/locker room back in the Spring of 2025. Would you, along with your parents, be willing to come in to discuss what transpired during that time? I'd like to be proactive and make sure our admin team, to include our AD, is responsive to all concerns brought to them.

I am available all day this Wednesday as well as in the morning on Thursday. I am also available next week – Monday morning and all day Tuesday and Thursday.

Thank you in advance. I look forward to hearing from you.

Dr. Meghan Frazier

1:56 PM

Read

[redacted]

Parent of [redacted] (12th Grade), [redacted]

Mon, Jul 6

MF Meghan Frazier

[redacted] and family,

Good afternoon. I hope your summer is going well! I am reaching out because it was shared with me that you went to our AD and former principal with a concern about the bathroom/locker room back in the Spring of 2025. Would you, along with your parents, be willing to come in to discuss what transpired during that time? I'd like to be proactive and make sure our admin team, to include our AD, is responsive to all concerns brought to them.

I am available all day this Wednesday as well as in the morning on Thursday. I am also available next week -- Monday morning and all day Tuesday and Thursday.

Thank you in advance. I look forward to hearing from you.

Dr. Meghan Frazier

1:56 PM

Sent

I don't have Ms. Leonard's email.

Below is the email follow-up I sent to [redacted] and her family. Attached are the Parent Square messages that show [redacted] and her mother read the message. Her father did not.

Thank you,
Meghan

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender.

---

**From:** Meghan Frazier <Meghan.Frazier@Cabarrus.k12.nc.us>
**Sent:** Wednesday, July 8, 2026 3:25 PM
**To:** [redacted]
**Cc:** Meghan Frazier <Meghan.Frazier@Cabarrus.k12.nc.us>
**Subject:** Follow Up Email from ParentSquare sent 7/6/2026

Good afternoon,
Now that I have access to Infinite Campus again, I wanted to follow up on my ParentSquare message with an email. Please see below for the message I sent via ParentSquare on 7/6/2026. If this is not something you would like to discuss, I completely understand. I just wanted to give you the opportunity to share.

Thank you!

*[redacted] and family,*
*Good afternoon. I hope your summer is going well! I am reaching out because it was*

*shared with me that you went to our AD and former principal with a concern about the bathroom/locker room back in the Spring of 2025. Would you, along with your parents, be willing to come in to discuss what transpired during that time? I'd like to be proactive and make sure our admin team, to include our AD, is responsive to all concerns brought to them.*

*I am available all day this Wednesday as well as in the morning on Thursday. I am also available next week -- Monday morning and all day Tuesday and Thursday.*

*Thank you in advance. I look forward to hearing from you.*

*Dr. Meghan Frazier*

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender.